UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YVONNE M HEMBERGER, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-01932-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on April 7, 2017. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had 90 days to complete service of the complaint and summons on Defendants, such that July 6, 2017 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. As of the date of this order, Plaintiff has not filed a proof of service indicating that the complaint has been served on Defendants.

IT IS HEREBY ORDERED that by no later than August 15, 2017, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: August 2, 2017

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge