UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>YVONNE M HEMBERGER, et al.,<br><br>    Defendants. | Case No. 17-cv-01932-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 6 |

On August 2, 2017, the Court issued an order to show cause, requiring Plaintiff McCarthy to explain why the case should not be dismissed for failure to comply with the deadline to complete service on Defendant.[1] (Dkt. No. 6.) Plaintiff's response was due on August 15, 2017; as of the date of this order, Plaintiff has not filed a response.

Accordingly, the Court ORDERS Plaintiff to show cause why this matter should not be dismissed for failure to comply with the Court's order and for failure to comply with the deadline to complete service. Failure to file a response by **September 1, 2017** may result in the recommendation that the instant case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: August 24, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] The order to show cause erroneously stated that Plaintiff had until July 6, 2017 to complete service, as the deadline to complete service was in fact June 6, 2017. (Dkt. No. 4; *see also* Gen. Ord. No. 56 ¶ 1.) Regardless, Plaintiff has not filed a proof of service that the complaint and summons were served in compliance with either deadline.