UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br>　　　　Plaintiff,<br>　　v.<br>MICHAEL TIEN, et al.,<br>　　　　Defendants. | Case No. 17-cv-01932-KAW<br><br>**ORDER TO SHOW CAUSE** |

On August 2, 2017, the Court issued an order to show cause, requiring Plaintiff McCarthy to explain why the case should not be dismissed for failure to comply with the deadline to complete service on Defendant. (Dkt. No. 6.) Plaintiff's response was due on August 15, 2017; Plaintiff did not file a response.

On August 24, 2017, the Court issued a second order to show cause, requiring Plaintiff McCarthy to explain why the case should not be dismissed for failure to comply with the Court's order and for failure to comply with the deadline to complete service. (Dkt. No. 7.) On August 28, 2017, Plaintiff filed a response, stating that Defendant Michael Tien was served on April 27, 2017, but that additional time was needed to serve Defendant Yvonne M. Hemberger and the Hemberger Family Trust. (Dkt. No. 8.) Plaintiff requested 45 days to serve the summons and complaint on Defendant Hemberger Family Trust. That same day, Plaintiff filed the executed summons as to Defendant Tien, as well as an amended complaint adding Defendant Dana Devoto Hemberger as Trustee and removing Defendant Yvonne M. Hemberger. (Dkt. No. 9; First Amended Compl. ("FAC"), Dkt. No. 10.)

On September 11, 2017, the Court discharged the order to show cause and extended the time to serve the Hemberger Family Trust by 45 days, or October 26, 2017. As of the date of this

order, however, Plaintiff has not filed a proof of service indicating that the complaint was served on Defendant Hemberger Family Trust. Accordingly, the Court ORDERS Plaintiff to show cause, by **December 8, 2017**, why this matter should not be dismissed as to Defendant Hemberger Family Trust for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: November 28, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge